IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEANTE KIEVON CLAY, (TDCJ #01917341) | § § § | |
| Petitioner, | § § | |
| v. | § § | CIVIL ACTION NO. H-18-1760 |
| LORIE DAVIS, | § § § | |
| Respondent. | § | |

## FINAL JUDGMENT

For the reasons set forth in the court's memorandum and order of even date, this civil action is dismissed with prejudice as time-barred.

SIGNED on February 1 2019, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge